IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID KISSI | * |
| Plaintiff | * |
| v. | * |
| CHRISTOPHER MEAD; ESTATE FOR FRED W. BENNETT; BENNETT & BAIR; GARY BAIR; MICHAEL RAY PEARSON; RONALD SCHWARTZ; BENJAMIN CIVILETTI; VENABLE, LLP; MICHAEL SCHATZOW; MICHAEL HECHT; MARIA ELLENA CHAVEZ RUARK; DLA PIPER; RICHARD E. GREENBERG, | * Civil Court Action No.: |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF REMOVAL**

**EXHIBIT 1**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID KISSI,<br><br>    Plaintiff,<br><br>v.<br><br>CHRISTOPHER MEAD, ET AL.<br><br>    Defendants. | CASE NO: |

## DEFENDANT RONALD L. SCHWARTZ'S CONSENT TO REMOVAL

Defendant Ronald L. Schwartz, Esquire (hereinafter referred to as "Mr. Schwartz"), by and through his attorneys, Aaron L. Handleman, Justin M. Flint, and Eccleston and Wolf, P.C., hereby respectfully submits his Consent to Removal of the Superior Court for the District of Columbia case styled as *David Kissi v. Mead, et al.*, Case No. 2008 CA 007001 B and states:

    1.    Defendants Maria Ellena Chavez Ruark and DLA Piper US LLP filed their Notice of Removal on November 25, 2008, pursuant to federal question original jurisdiction, i.e., 28 U.S.C. §§ 88, 1331, and 1441 through 1452.

2.       Defendant Schwartz agrees with his co-Defendants' decision and hereby notifies the United States District Court of his consent to the removal.

**Respectfully submitted,**

**/s/ Justin M. Flint**

Aaron L. Handleman (No. 48728)
Justin M. Flint (No. 491782)
ECCLESTON & WOLF, P.C.
2001 S Street, N.W., Suite #310
Washington, D.C., 20009-1125
(202) 857-1696
handleman@ewdc.com
flint@ewdc.com
*Attorneys for Defendant*
*Ronald L. Schwartz, Esquire*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of November 2008, a copy of the aforegoing Consent to Removal was served by first class mail to:

David M. Kissi, Federal Inmate
No. 38348-037
FCI ELKTON
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 10
LISBON, OH 44432

Christopher Mead
London & Mead
1225 19th St., NW
Washington, DC 20036

Estate for Fred W. Bennett
6301 Ivy Lane
Ste. 418
Greenbelt, MD 20770

Bennett & Bair
6301 Ivy Lane
Ste. 418
Greenbelt, MD 20770

Gary Bair
6301 Ivy Lane
Ste. 418
Greenbelt, MD 20770

Michael Ray Pearson
6301 Ivy Lane
Ste. 418
Greenbelt, MD 20770

Benjamin Civiletti
Venable, LLP
575 7th St., NW
Washington, DC 20004

Venable, LLP
575 7th St., NW
Washington, DC 20004

Michael Schatzow
Venable, LLP
1800 Mercantile Bank and Trust Bldg.
2 Hopkins Plaza
Baltimore, MD 21201

Michael Hecht
Venable, LLP
1800 Mercantile Bank and Trust Bldg.
2 Hopkins Plaza
Baltimore, MD 21201

Maria Ellena Chavez Ruark
DLA Piper
6225 Smith Ave.
Baltimore, MD 21209

DLA Piper
6225 Smith Ave.
Baltimore, MD 21209

And

Richard E. Greenberg
Friedlander Misler
1101 17th St., NW
Ste. 700
Washington, DC 20036

**/s/ Justin M. Flint**
_____
Justin M. Flint